UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-21507-Civ-COOKE/WHITE
(Case No. 09-20952-Cr-Cooke)

CARLTON WAYNE SMITH,

    Movant
vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. On February 4, 2011, Judge White issued a Report (ECF No. 24) recommending that the Motion to Vacate Sentence (ECF No. 1) be denied. No objections have been filed, and the time for objections has passed.

I have considered Judge White's Report and Recommendation, and have made a *de novo* review of the record. I find Judge White's Report and Recommendation cogent. Accordingly, I **ORDER and ADJUDGE** that Judge White 's Report and Recommendation (ECF No. 24) is **AFFIRMED and ADOPTED**. Consistent with Judge White's Report, the Motion to Vacate Sentence (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida, this 28TH day of February 2011.

                                          */s/ Marcia G. Cooke*
                                       MARCIA G. COOKE
                                       United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Counsel of Record*

Carlton Wayne Smith
Reg. No. 86582-004
CI McRae Correctional Institution
Inmate Mail/Parcels
P.O. Drawer 30
McRae, GA 31055